```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


--------------------------------X
J.M. HALEY CORP.
                                        CALENDAR NOTICE
     -V-                                CV 15-1227(JS)(AYS)


SHEET METAL WORKERS INTL. ASSN. LOCAL 28,
ET AL.
--------------------------------X

APPEARANCES:
For Plaintiff(s):
Joseph Labuda, Esq.
3000 Marcus Av.      #3W8
Lake Success  NY 11042

Michael Mauro, Esq.
70 Vineyard La.
Stamford  CT 06902


For Defendant(s):

Steven Farkas, Esq.
Colleran O'Hara & Mills
100 Crossways Park West    #200
Woodbury  NY 11797
```

THE ABOVE-REFERENCED CASE IS SCHEDULED FOR A PRE-MOTION CONFERENCE **BY TELEPHONE** BEFORE JUDGE JOANNA SEYBERT **AT 2:15PM ON THURSDAY, OCT. 8, 2020.** A BRIEFING SCHEDULE WILL BE SET, AS APPROPRIATE.

SHOULD THE COURT ALSO ENTERTAIN SETTLEMENT DISCUSSIONS, COUNSEL SHALL HAVE SETTLEMENT AUTHORITY OR BE ABLE TO CONTACT SOMEONE WITH AUTHORITY.

PLEASE DIAL 1(877) 336-1839 AND ENTER ACCESS CODE 7231185# AT THE PROMPT.  (IF YOU RECEIVE ANY MESSAGE DENYING/DELAYING ENTRY, HANG UP AND CALL BACK.)

TO MINIMIZE THE RISK OF UNDELIVERED MAIL/E-MAIL, PARTIES ARE REQUESTED TO CONFIRM RECEIPT OF THIS NOTICE <u>WITH EACH OTHER</u>.

```
                              _____/s/_____
                              CHARLES J. BARAN,
                              COURTROOM DEPUTY CLERK FOR
                              HON. JOANNA SEYBERT
DATED: SEP. 14, 2020
       CENTRAL ISLIP  NY
```